CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JONATHAN U. LEE (CABN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7210
    FAX: (415) 436-6748
    Jonathan.Lee@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:23-cr-00191 AMO |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF CORRECTED CONTACT |
| v. | ) | INFORMATION |
| | ) | |
| JAKARI JENKINS, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

1    The United States Attorney's Office files this Notice of Corrected Contact Information for

2  Assistant United States Attorney Jonathan U. Lee, in order to provide counsel and court personnel

3  updated contact information for AUSA Lee.  This notice updates the mailing address, phone number and

4  facsimile number to current information.

5

6    The undersigned requests that the Clerk's Office revise the contact information for undersigned

7  counsel on the docket to the following:

8

9                              Jonathan U. Lee
                          450 Golden Gate Avenue, Box 36055
10                         San Francisco, CA 94102-3495
                             Jonathan.Lee@usdoj.gov
11                              (415) 436-7210 phone
                                (415) 436-6748 facsimile
12

13

14
   DATED:  June 17, 2025                              Respectfully submitted,
15
                                                      CRAIG H. MISSAKIAN
16                                                    United States Attorney

17
                                                      /s/ Jonathan U. Lee
18                                                    _____
                                                      JONATHAN U. LEE
19                                                    Assistant United States Attorney

20

21

22

23

24

25

26

27

28
   NOTICE OF CORRECTED CONTACT INFO.          2
   4:23-cr-00191 AMO